UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| CLINT SMALL, ADAM LEE, MICHELE HECK, JASON HOPKINS, DERRICK POMRANKY, AMBER GAMBOA, JON FLANDERS, NICHOLAS PLAMER, AND TRACY MERTZ, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES MCCRYSTAL, TODD TROBAUGH, AND WOODBURY COUNTY, IOWA, <br><br> Defendants. | CASE NO. 5:10-cv-04088-DEO <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the parties, pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), and stipulate to

Dismissal of this case, with prejudice; each party is paying their own costs and attorney fees.

/s/ *Stanley Munger*
Stanley Munger
600 Fourth Street, 303 Terra Centre
P.O. Box 912
Sioux City, IA 51102
stanmunger@mrdlaw.net
ATTORNEYS FOR PLAINTIFFS

Douglas L. Phillips
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
phillips@klasslaw.com
ATTORNEYS FOR DEFENDANTS
JAMES McCRYSTAL AND
WOODBURY COUNTY, IOWA

Linda Hall
Timothy C. Boller
Gallagher, Langlas & Gallagher, P.C.
405 East Fifth Street
P.O. Box 2615
Waterloo, IA 50704-2315
LHall@GLGLaw.net
ATTORNEY FOR TODD TROBAUGH

KLASS LAW FIRM, L.L.P.